

333 EARLE OVINGTON BOULEVARD, SUITE 402<br>UNIONDALE, NEW YORK 11553<br>T: 516-203-7600<br>F: 516-282-7878

September 11, 2025

<u>Via ECF</u>
Hon. P. Kevin Castel
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Benjamin Mattson McHone v. Univision Communications Inc.*
    Docket No: 1:25-cv-05975-PKC

Dear Judge Castel:

We are the attorneys for plaintiff Benjamin Mattson McHone ("*Plaintiff*") in the above-referenced matter. Pursuant to Rule 1.C of Your Honor's Individual Practices, Plaintiff, along with defendant Univision Communications Inc. ("*Defendant*"), respectfully submit this joint request for an adjournment of the Initial Conference, currently scheduled to take place on September 19, 2025, at 11:00 a.m., and for and for an extension of time for the associated filing deadlines. [ECF No. 8].

 i. The current date for the Initial Conference is September 19, 2025. [ECF No. 8].

 ii. The current and initial deadline for Defendant to respond to the Complaint is September 29, 2025, a date subsequent to the currently scheduled conference. [ECF No. 10].

 iii. Good cause exists for this request as the adjournment and extension would permit the parties time to competently discuss the required topics under Rule 26(f) and the most appropriate case management plan based on Defendant's response to the Complaint and to continue their settlement discussions.

 iv. No prior requests for an adjournment of the conference have been made and as such, none have been granted or denied.

As such, the parties respectfully submit this joint request to adjourn the Initial Conference, along with the associated filing deadlines, to a date subsequent to the Defendant's current September 29, 2025, filing deadline.

**Initial conference adjourned from September 19, 2025 to October 20, 2025 at 11:30 a.m. Dial-In No.: 1-855-244-8681, Access 2305 810 3970#.
SO ORDERED.
Dated: 9/11/2025**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Thank you for your consideration of this request.

                        Respectfully submitted,

                        SANDERS LAW GROUP

                        __*/s/ Craig Sanders*_____
                        Craig Sanders, Esq.
                        *Attorneys for Plaintiff*


                        SHAPIRO ARATO BACH LLP

                        _____*/s/ Cynthia Arato*_____
                        Cynthia Arato, Esq.
                        *Attorneys for Defendant*