

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

October 27, 2025

**Application Granted. Initial conference is adjourned from November 3, 2025 to November 25, 2025 at 12:00 p.m. Call-In: 855-244-8681; Access Code: 2305 810 3970#. SO ORDERED.
Dated: 10/28/2025**

P. Kevin Castel
United States District Judge

<u>Via ECF</u>
Hon. P. Kevin Castel
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Benjamin Mattson McHone v. Univision Communications Inc.*
      Docket No: 1:25-cv-05975-PKC

Dear Judge Castel:

We are the attorneys for plaintiff Benjamin Mattson McHone ("*Plaintiff*") in the above-referenced matter. Pursuant to Rule 1.C of Your Honor's Individual Practices, Plaintiff, along with defendant Univision Communications Inc. ("*Defendant*"), respectfully submit this joint request for short two (2) week adjournment of the Initial Conference, currently scheduled to take place on November 3, 2025, and for and for an extension of time for the associated filing deadlines. [*Paperless Order entered September 26, 2025*].

   i.   The current date for the Initial Conference is November 3, 2025, and the associated filing deadline is October 27, 2025. [*Paperless Order entered September 26, 2025*].

   ii.  The current and initial deadline for Defendant to respond to the Complaint is October 29, 2025, a date subsequent to the filing deadline associated with the Initial Conference [*Id.*].

   iii. Good cause exists for this request as the adjournment and extension would permit the parties time to competently discuss the required topics under Rule 26(f) and the most appropriate case management plan based on Defendant's response to the Complaint and to continue their settlement discussions.

   iv.  This is the parties' 3rd request for an adjournment of the Initial Conference. The first request was made on September 11, 2025, [*ECF No.* 11] and the second request was made on September 25, 2025 [*ECF No.* 15]. All prior requests were granted.

As such, the parties respectfully submit this joint request for a short two (2) week adjournment of the Initial Conference, along with the associated filing deadlines, to a date subsequent to the Defendant's current October 29, 2025, filing deadline.



Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    SANDERS LAW GROUP

                                    __*/s/ Jaymie Sabilia-Heffert*_____
                                    Jaymie Sabilia-Heffert, Esq.
                                    *Attorneys for Plaintiff*


                                    SHAPIRO ARATO BACH LLP

                                    _____*/s/ Cynthia Arato*_____
                                    Cynthia Arato, Esq.
                                    *Attorneys for Defendant*